

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20224**

Small Business/Self Employed Division

May 19, 2023

Clerk of the Court
United States Bankruptcy Court
Eastern District of Louisiana (New Orleans)
433 Metairie Road
Suite 307
Metairie, LA  70005

RE: Tamla Pierre
Case Number: 23-10585
Proof of Claim No: 6

## NOTICE OF WITHDRAWAL OF CLAIM

Notice is hereby given that the Internal Revenue Service withdraws its Proof of Claim No: 6 in the sum of $203,978.93 filed on May 11, 2023. This is a duplicate claim.

Thank you for your cooperation.

Sincerely,

/S/ Sharon Walker
Insolvency Manager
Internal Revenue Service
801 Broadway MDP 146
Nashville, TN   37203

.

2