# Orleans Parish, LA

## Summary

| | |
|---|---|
| Tax Bill Number | 39W086601 |
| Municipal District | 3 |
| Location Address | 5681 EASTOVER DR |
| Property Class | R - RESIDENTIAL |
| Special Tax District | 3-EST1 |
| | Show Special Tax District Map |
| Subdivision Name | EASTOVER |
| Zoning District | Show Viewer (41102289) |
| Land Area (sq ft) | 14850 |
| Building Area (sq ft) | 0 |
| Revised Bldg Area (sq ft) | 0 |
| Square | A |
| Book | 16 |
| Lot/Folio | 1/060 |
| Line | 050 |
| Legal Description | 1. SQ A EASTOVER SUB PHASE I<br>2. LOT 1 EASTOVER DR 90X165<br>3. ASSD 1987 PORTION 39W016606&<br>4. 12 & PARCEL 1-A PLAN 9-16A-8<br>5. 6 VACANT |
| Assessment Area | EASTOVER |
| | Show Assessment Area Map |
| Parcel Map | Show Parcel Map |

## Owners

PIERRE TAMLA
ETAL
6010 MURFIELD CR
NEW ORLEANS LA 70128
**Additional Owners**
THOMAS BRENDA G

## Quick Links

Estimate Taxes | Tax Information

## Valuation

| | | 2023 Certified | 2022 Certified | 2021 Certified |
|---|---|---:|---:|---:|
| | Land Value | $29,700 | $29,700 | $29,700 |
| + | Building Value | $0 | $0 | $0 |
| = | Total Value | **$29,700** | **$29,700** | **$29,700** |
| | Assessed Land Value | $2,970 | $2,970 | $2,970 |
| + | Assessed Building Value | $0 | $0 | $0 |
| = | Total Assessed Value | **$2,970** | **$2,970** | **$2,970** |
| - | Homestead Exemption Value | $0 | $0 | $0 |
| = | Taxable Assessment | **$2,970** | **$2,970** | **$2,970** |
| | Special Assessment Treatment | | | |
| | Age Freeze | | | |
| | Disability Freeze | | | |
| | Assessment Change | | | |
| | Tax Contract | | | |

## Sales

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---:|---|---|---|---|
| 4/1/2013 | $26,000 | IBERIA BANK | PIERRE TAMLA | 201312911 | 0 |
| 11/30/2012 | $2,900 | JONES GREGORY | IBERIA BANK | 201303725 | 526835 |
| 10/28/2004 | $75,000 | | JONES GREGORY | 04-55308 | 000294758 |
| 3/15/2001 | $65,000 | | | 06122001 | 000213838 |
| 11/30/1999 | $60,000 | | | 01102001 | 000190011 |
| 9/3/1997 | $55,000 | | | 10281997 | 000145762 |
| 4/21/1987 | $0 | | | 11131990 | 000000000 |

## Photos



No data available for the following modules: Notices, , Change Orders, Sketches.

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation.
| User Privacy Policy | GDPR Privacy Notice
Last Data Upload: 6/30/2023, 6:45:17 AM

Contact Us

Developed by


<span style="color:red">Exhibit A</span>