

Zillow

Sign in

OFF MARKET

# 6010 S Muirfield Cir New Orleans, LA 70128

4 bds · 2.5 ba · 3,586 sqft

View this home

**Your home value**

**Zestimate** ? **$418,100**

**Tap into your home's equity**

Zillow makes it simple to explore your cash-out refinance options.

**Start now**

Zillow Group Marketplace, Inc. NMLS #1303160

## Frequently asked questions

**Why use a home value estimator tool?**

**What is a Zestimate?**

**How accurate is the Zestimate?**

**How to find the value of your home?**

**How to increase home value?**

**How often do home values change?**

Zillow Group is committed to ensuring digital accessibility for individuals with disabilities. We are continuously working to improve the accessibility of our web experience for everyone, and we welcome feedback and accommodation requests. If you wish to report an issue or seek an accommodation, please let us know.

Exhibit B, *in globo*

Zillow, Inc. holds real estate brokerage licenses in multiple states. Zillow (Canada), Inc. holds real estate brokerage licenses in multiple provinces.
§ 442-H New York Standard Operating Procedures
§ New York Fair Housing Notice
TREC: Information about brokerage services, Consumer protection notice
California DRE #1522444

OFF MARKET

## 6010 S Muirfield Cir
## New Orleans, LA 70128

4 bds · 2.5 ba · 3,586 sqft

View this home

**Your home value**

Zestimate $418,100

 **Tap into your home's equity**
Zillow makes it simple to explore your cash-out refinance options.

Zillow Group Marketplace, Inc. NMLS #1303160

 

6/28/23, 1:34 PM Case 23-10585 Doc 40-2 Filed 06/30/23 Entered 06/30/23 15:38:30 Exhibit B in globo
Estimated Home Value | Real Estate House Worth Estimator from realtor.com
Page 3 of 5



## My home



Yes, I own 6010 S Muirfield Cir

Your home will appear here



### Get real-time home value reports

Stay on top of your home value and the latest real estate trends.



### Keep your home's details up-to-date

Make sure any renovations done to your home are accurate and up-to-date on realtor.com®.





### Explore different ways to sell

Understand what your home is worth with real-time offers from our partners.

6/28/23, 1:34 Case 23-10585 Doc 40-2 Filed 06/30/23 Entered 06/30/23 15:38:30 Exhibit B in globo
Estimate My Home Value | Real Estate House Worth Estimator from realtor.com
Page 5 of 5



**Do you own this home?**

**6010 S Muirfield Cir**
New Orleans, LA 70128

4 bed  2.5 bath  3,586 sqft  9,860 sqft lot

RealEstate℠ valuation

**$418,100**

**As a registered homeowner:**
- Get real-time home value reports
- Compare your home to others in your area
- Keep your home's details up-to-date
- Explore different ways to sell

(https://www.facebook.com/realtor.com/) (https://twitter.com/REALTORdotcom)

(https://www.linkedin.com/company/realtor-com/)

(https://www.instagram.com/realtordotcom/?hl=en) (https://www.pinterest.com/realtordotcom/)

(https://www.youtube.com/user/RealtorDotCom)

houselogic (https://www.HouseLogic.com/?cid=eo_rl_rcom)

.realtor .realestate (https://www.get.realtor/?cid=dis_TLD0427)

About us (https://www.realtor.com/about/) Careers (https://careers.realtor/) Accessibility (https://www.realtor.com/accessibility) Feedback
Media room (https://news.move.com) Ad Choices (https://www.realtor.com/advertising/ad-choices-policy/#your-choices-with-rights) Advertise (https://www.realtor.com/marketing/signup) Agent support (https://support.realtor.com/s/#iid=rdc_hdr_realtors_su
Privacy policy (https://www.realtor.com/privacy-policy/) Terms of service (https://www.realtor.com/terms-of-service/) News & Insights Made (https://www.realtor.com/news/) Tech Blog (https://techblog.realtor.com/)
Agent Blog (https://www.realtor.com/marketing/resources/realtor-blog/) Sitemap (https://www.realtor.com/sitemap) Do Not Sell or Share My Personal Information (https://www.realtor.com/ccpa-landing?client=rdc&returl=https%3A%2F%2Fwww.realtor.com%2Fccpa-optout%3Fclient%3Drdc)

**GET THE APP**

[Download on the App Store] (https://apps.realtor.com/mUAZ/41b73882)

[GET IT ON Google Play] (https://apps.realtor.com/mUAZ/41b73882)

© 1995-2023 National Association of REALTORS® (//www.nar.realtor/?cid=dis-rdotcomlogo) and Move, Inc. (//www.move.com/) All rights reserved.