# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | Tamla Pierre | *|
| | | * |
| | | * Case No. 23-10585 |
| | | * Chapter 13 |
| | Debtor | * Section A |

## DEBTOR'S
## MOTION TO APPROVE COUNSEL

NOW INTO COURT, by and through undersigned counsel comes Debtor Tamla Pierre, who with respect represents:

1.

This Court has jurisdiction over the matters presented herein, which are core in nature, pursuant to 28 U.S.C. § 1334, 28 U.S.C. § 157(b)(2)(B) and 11 U.S.C. §329.

2.

The Debtor's *Petition* in this Chapter 13 proceeding was filed in this Court on April 18, 2023.

3.

On January 20, 2023, the Debtor filed a lawsuit titled TAMLA PIERRE ET AL VERSUS MYRIAD GENETICS, INC ET AL, bearing case # 2019-07027 in Division M of Civil District Court for the Parish of Orleans and Tamla Pierre, NP vs Darvis Harvey, Align Infusion CLinic, Inc. and Womans Place of Louisiana, Inc. bearing case # 2022-8780. The Debtor filed the Petition for Damages for all contractual and delictual damages reasonable in the factual and legal premises.

4.

The Debtor chose the services of attorney Lawrence J. Centola, III (#27402) for the reason that she is experienced in matters of this nature and is well qualified to perform the professional services necessary in the case. A copy of the employment contract, setting forth the rate and method of compensation is attached hereto as Exhibit A.

5.

To the best of applicant's knowledge Lawrence J. Centola, III (#27402) has no inappropriate connection with the Debtor, or any of the creditors or any other party of interest in this case, any of their respective attorneys or accountants and is therefore a disinterested person as that term is defined in 11 U.S.C.§101(14). A copy of the Petition for damages is attached hereto as Exhibit B.

**WHEREFORE, PREMISES CONSIDERED**, Debtor prays that this Honorable Court approve the employment of Lawrence J. Centola, III (#27402) to perform the professional services required in connection with the above-described Lawsuit case.

Respectfully Submitted,

EDWIN M. SHORTY, JR. & ASSOCIATES, LLC

/s/ Edwin M. Shorty, Jr.

EDWIN M. SHORTY, JR., LSBA# 28421
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Phone: (504) 207-1370
Fax:    (504) 207-0850
eshorty@eshortylawoffice.com

and

/s/ Lawrence J. Centola, III

---------------------------------------
Lawrence J. Centola, III (#27402)
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065
lcentola@mbfirm.com