**GOVERNING LAW:** This contract will be governed by the laws of the State of Louisiana.

**PRIVILEGE:** I understand and agree that this contract is intended to and does hereby assign, transfer, set over and deliver unto Attorney as his fee for representation of me in this matter an interest in the claim(s), the proceeds or any recovery therefrom under the terms and conditions aforesaid, in accordance with the provisions of Louisiana Revised Statute § 37:218, and that my Attorney shall have the privilege afforded by Louisiana Revised Statute § 9:5001.

**ADDITIONAL TERMS:** Attorney and Client agree to the following additional terms:

**ENTIRE AGREEMENT:** I have read this Agreement in its entirety, a copy of which I have received, and I agree to and understand the terms and conditions set forth herein. I acknowledge that there are no other terms or oral agreements existing between Attorney and Client. I agree that this Agreement may not be amended or modified in any way without the prior written consent of Attorney and Client.

CLIENT _Pamela Pierre Taylor_ (Signature)  CLIENT _____ (Signature)

NAME: _Pamela Pierre Taylor_  NAME: _____
Printed                                                          Printed
DATE: _5/1/2019_                                    DATE: _____
ADDRESS: _6010 S. Muirfield Cir_       ADDRESS: _____
_New Orleans LA 70128_
City, State, Zip Code                               City, State, Zip Code
Telephone: _504 432-1962_               Telephone: _____
Social Security # _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_       Social Security # _____
Date of Birth _10/1/72_                       Date of Birth _____

CLIENT _____ (Signature)  CLIENT _____ (Signature)

NAME: _____  NAME: _____
Printed                                Printed
DATE: _____     DATE: _____
ADDRESS: _____  ADDRESS: _____

City, State, Zip Code                City, State, Zip Code
Telephone: _____            Telephone: _____
Social Security # _____     Social Security # _____
Date of Birth: _____        Date of Birth: _____

**ACCEPTED:**
**MARTZELL, BICKFORD & CENTOLA**
BY: _[signature]_
DATE: _5-10-19_

# MARTZELL, BICKFORD & CENTOLA
ATTORNEYS AT LAW
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
e-mail: mb@mbfirm.com

## FEE AGREEMENT AND AUTHORITY TO REPRESENT
*CONTINGENCY FEE*

I, the undersigned _____ do hereby retain and employ the law firm of **Martzell, Bickford & Centola** (hereinafter referred to as "Attorney" or "Attorneys") as counsel and authorize my Attorney to investigate any claims which I may have as a result of the following: _____

I authorize my Attorney to institute and carry on suit against any and all persons, parties, firms and/or companies that may be responsible for the above incident. I authorize my Attorney to perform any and all functions that are reasonably necessary for the prosecution of my claim(s)including but not limited to pre-suit settlement negotiations, filing pleadings, appearing in courts, negotiating settlements after suit is filed, and incurring expenses on my behalf. **NOTE: ALTHOUGH MY ATTORNEYS MAY CONDUCT SETTLEMENT NEGOTIATIONS, THEY MAY NOT SETTLE MY CASE WITHOUT MY PERMISSION.**

**ATTORNEY'S FEES**: It is understood and agreed that this employment is upon a contingency fee basis. **IF NO RECOVERY IS MADE, I WILL NOT BE INDEBTED TO MY ATTORNEY FOR ANY SUM WHATSOEVER AS ATTORNEY'S FEES. IN ADDITION, IF NO RECOVERY IS MADE I WILL NOT BE INDEBTED TO MY ATTORNEY FOR ANY SUM WHATSOEVER AS PAYMENT FOR COSTS AND EXPENSES.** However, in the event of recovery, costs and expenses as set forth herein below shall be paid out of my share of the recovery. I understand and agree that my Attorney shall receive the following percentage of the amount recovered before the deduction of costs and expenses as set forth herein below.

In consideration of the services to be rendered, I assign and transfer to Martzell, Bickford & Centola, an undivided interest in my claim in the amount of:

THIRTY-FIVE PERCENT (35%) OF WHATEVER MAY BE RECOVERED FROM MY CLAIM IN THE EVENT OF SETTLEMENT PRIOR TO FILING SUIT OR BEFORE A TRIAL DATE IS PROVIDED BY THE COURT;

or

FORTY PERCENT (40%) OF WHATEVER MAY BE RECOVERED FROM MY CLAIM IN THE EVENT THAT A TRIAL DATE IS PROVIDED BY THE COURT THROUGH THE CLOSE OF TRIAL;

Or

FORTY-FIVE PERCENT (45%) OF WHATEVER MAY BE RECOVERED FROM MY CLAIM IN THE EVENT OF POST-TRIAL BRIEFING OR EVIDENTIARY HEARINGS ARE REQUIRED OR AN APPEAL IS FILED BY ANY PARTY;

Or

STATUTORY ATTORNEY'S FEES, IF AWARDED, WHICHEVER IS HIGHER.

**COSTS AND EXPENSES:** In the event of recovery, in addition to the above attorney's fees, I agree to pay all expenses incurred by Martzell, Bickford & Centola, in the investigation and litigation of this claim, including, but not limited to, investigation costs, court costs, subpoena costs, costs of photographs, deposition costs, costs for medical reports and records, litigation-related medical expenses, long distance telephone costs, computer legal research costs, travel costs, copying costs, postage/freight costs, delivery costs, and costs for experts. I understand and agree that any costs advanced by Martzell, Bickford & Centola on my behalf will be withheld from my share of any settlement or judgment.

In the event that I decline to accept any settlement offer which Martzell, Bickford & Centola has recommended to me, I agree to pay the costs incurred by Martzell, Bickford & Centola in pursing and trying the case from the date of the offer until resolution of the matter. Such costs may range from as low as $2,000 to as high as $25,000 or more. I understand and agree that my Attorney has the right to withdraw as counsel from my case if I fail to pay these costs and expenses.

**CONSENT TO SETTLEMENT:** I understand that neither myself nor Martzell, Bickford & Centola may settle, compromise, release, discontinue, or otherwise dispose of my claim or suit without the consent of the other, except as noted below.

**ASSOCIATION OF OTHER COUNSEL AND EMPLOYMENT OF EXPERTS:** I hereby authorize my Attorney to retain and employ, as a cost of litigation, the services of any experts, including physicians and doctors, as well as the services of other outside contractors, as my Attorney deems necessary or expedient in representing my interests. I also authorize my Attorney to retain and employ other attorneys with my prior knowledge and written consent; however, the combined fee of my Attorney and all other attorneys shall be limited as set forth herein above.

**RIGHT TO WITHDRAW AS COUNSEL:** I hereby give my Attorney the right to withdraw from my case at any time by sending notice to my last known address, thereby waiving any claim for attorneys' fees. I understand, however, that should I proceed with an action brought by Martzell, Bickford & Centola pursuant to this agreement, that although Martzell, Bickford & Centola have withdrawn, upon any settlement or judgment obtained on my claim, they are entitled to receive payment for costs they have incurred on my behalf.

**RIGHT TO DISCHARGE COUNSEL:** I understand that I have the right to discharge my Attorney. If I do so, my Attorney is nevertheless entitled to the fees, expenses, loans and interest thereon, if any settlement or judgment is obtained on my claim, under the terms set forth in this contract and in accordance with the law.

**AUTHORITY TO ENDORSE CHECKS AND DRAFTS:** I give my Attorney complete authority to sign my name to all checks and drafts that may be received as a result of this action and to deposit such checks or drafts in Attorney's Client Trust Account pending resolution of all aspects of this litigation or until, otherwise agreed between us.

**AGREEMENT TO KEEP ATTORNEY INFORMED OF LOCATION:** If I do not provide my attorney with written notice of my change of address from the one listed below and do not contact my Attorney at the address above when requested by my Attorney to do so, then I specifically authorize my Attorney to settle my case, sign my name to releases, endorse drafts, checks, or any other method of payment, to take attorney fees and expenses, and to deposit my portion of any settlement in a Trust Fund on my behalf.

**NO GUARANTEE:** I acknowledge that my Attorney has made no promise or guarantee regarding the outcome of my legal matter. In fact, my Attorney has advised me that legal matters can take a long time to resolve, can be risky, very frustrating, and very costly. I further acknowledge that my Attorney shall have the right to cancel this Agreement and withdraw from this matter if, in my Attorney's professional opinion, the matter does not have merit, I do not have a reasonably good possibility of recovery, I refuse to follow the recommendations of my Attorney, I fail to abide by the terms of this Agreement, and/or if my Attorney's continued representation would result in a violation of the rules of Professional Conduct, or at any other time as or if permitted under the Rules of Professional Conduct.

**SEVERABILITY CLAUSE:** If any section, paragraph, sentence, clause, word, or phrase of this contract is for any reason held to be invalid or unenforceable by any court of competent jurisdiction, such decision shall not affect the validity of the remaining provisions of this contract.

**DOCUMENT RETENTION POLICY AND FILE DISPOSITION:** Our firm maintains a paperless office and does not maintain original copies of any record or document. Please advise us as soon as possible whether you would like us to maintain any of your personal records, which we will return to you at the termination of your case. Our firm maintains a document retention policy under which all file materials, including client documents, records and pictures in our files, are destroyed after three (3) years from closure of the file. Pursuant to the current policy, the firm will destroy all documents after the stated passage of time, without further notice to you. Please be advised that, upon request after conclusion of the matter, we will be happy to arrange for delivery of the files as designated by you, if you prefer that they not be destroyed pursuant to our policy.