**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | § | |
| IN RE: | § | CASE NO: 23-10585 |
| | § | |
| TAMLA PIERRE, | § | CHAPTER 13 |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

## ORDER

The hearing on the Motion for Relief from Automatic Stay, (the "Motion"), [ECF Doc. 47], filed by Tamla Pierre, (the "Debtor"), was scheduled for hearing on August 16, 2023. The Court has considered the merits of the Motion, the exhibits thereto, and the applicable legal authority, and, accordingly, finds good cause to grant the relief requested.

**IT IS ORDERED** that the Motion is **GRANTED**, and the automatic stay imposed by 11 U.S.C. § 362 is terminated in favor of the Debtor, to allow the Debtor to proceed with the adjudication and liquidation of her claims for personal injuries and damages in the lawsuit titled TAMLA PIERRE ET AL VERSUS MYRIAD GENETICS, INC ET AL, bearing case # 2019-07027 in Division M of Civil District Court for the Parish of Orleans.

**IT IS FURTHER ORDERED** that the Movant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, August 22, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE