UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 23-10585 |
| TAMLA PIERRE, | § § | CHAPTER 13 |
| DEBTOR. | § § § | SECTION A |

## ORDER

The hearing on the Motion for Relief from Automatic Stay, (the "Motion"), [ECF Doc. 58], filed by U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-KS6, (the "Movant"), was scheduled for hearing on September 11, 2023.

The Court has considered the merits of the Motion, the exhibits thereto, and the applicable legal authority, and notes that the Debtor has not filed a response, and, accordingly, finds good cause to grant the relief requested.

**IT IS ORDERED** that the Motion is **GRANTED**, and the automatic stay imposed by 11 U.S.C. § 362 is terminated in favor of Movant, its successors and assigns, to allow Movant, its successors, and assigns, to foreclose upon and otherwise exercise its rights and remedies with respect to the said property, in accordance with the applicable non-bankruptcy law insofar as the following described property is affected ("Collateral"):

> ONE CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, means, privileges, servitudes, prescriptions, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the State of Louisiana, Parish of Orleans, in that part thereof known as MUIRFIELD VILLAGE SUBDIVISION, PHASE I, a part of Eastover Subdivision, being a resubdivision of parcel 3-R-2, Parcel 1-T and Grove 39-A, Section 27, of the LaKraft Tract (former New Orleans Lakeshore Land Co.

Tract) and according to a plan of said subdivision (Muirfield Village, Phase I) by Dading, Marques & Associates, Inc., originally dated July 19, 2001, and last revised July 27, 2004 approved by the New Orleans City Planning Commission on August 12, 2004, under Docket Number 115/01 and registered as Instrument No. 289669 in the Conveyance Office, Orleans Parish, Louisiana, said lot of ground is designated as follows:

LOT 2, SQUARE "A" according to the aforesaid plan of subdivision, Lot 2 measures 70.04 feet front on South Muirfield Circle, having a width in the rear of 70.13 feet, by a depth on the sideline adjoining Lot 1 of 137.45 feet and a depth of 143.55 feet on the sideline adjoining Lot 3.

Improvements thereon bear the municipal address 6010 South Muirfield Circle, New Orleans, Louisiana 70128.

Being a portion of the same property acquired Murifield Investors, L.L.C. by act dated August 22, 2001 and filed with the Clerk of Court for Orleans Parish as COB Instrument #222704; and further acquired by David E. Diggs, et ux by act dated March 29, 2005 and filed as COB Instrument #308752.

Which has the address of 6010 South Muirfield Circle, New Orleans, LA 70128

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall discontinue payments to Movant on its secured claim under the Chapter 13 Plan filed by the Debtor. Movant is directed to file a report of sale promptly following the liquidation of Collateral, if any. If any excess proceeds exist, the Movant is to remit same to the Chapter 13 Trustee. Movant is given leave to file a deficiency claim within sixty (60) days of liquidation of the Collateral, if such claim exists.

**IT IS FURTHER ORDERED** that the Movant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, September 13, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE