# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| TAMLA PIERRE<br>6010 S. MUIRFIELD CIRCLE<br>NEW ORLEANS LA  70128 | **23-10585**<br>Chapter 13<br>Section A |

## ORDER DISALLOWING LATE FILED CLAIM

The Trustee's Objection to the Late Filed Claim **(P-67)** that was filed in this case on August 17, 2023, in the total amount of $46,212.31, by this creditor listed below was scheduled to come before the Court on 10/04/2023:

Creditor:

TIMOTHY DUBUCLET
1480 LAKESHORE BLVD
SLIDELL LA  70461

Court's claim #21

Trustee's claim #34

Account #NOT PROVIDED

After considering the pleadings, the Court being of the opinion that the claim was filed late based on the proof of claim bar date and the date the claim was filed;

**IT IS ORDERED** that the Trustee's Objection is granted/sustained and the above referenced claim is **DISALLOWED**.

IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana,  October 24, 2023.

MEREDITH S GRABILL
UNITED STATES BANKRUPTCY JUDGE