# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| TAMLA PIERRE<br>6010 S. MUIRFIELD CIRCLE<br>NEW ORLEANS LA  70128 | 23-10585<br>Chapter 13<br>Section A |

## TRUSTEE'S MOTION TO DISMISS CASE  and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who prays that this case be dismissed for the following reason or reasons:

Confirmation of Chapter 13 Plan is Denied

NOTICE IS HEREBY GIVEN that a hearing on this motion is scheduled for:

January 10, 2024 at  9:00 am.

at the *SECTION A TeleConference Line: 1-504-517-1385 Access Code 129611.

**All cases will be called beginning at 9:00 AM according to debtors attorneys last name, regardless of when the category is set.**

Objections to the motion must be filed with the Clerk of Court, with service upon the Trustee, the debtor and debtor's counsel no later than seven days before the hearing.  If no timely objection is filed, the court may grant the relief requested without the necessity of a hearing.

/s/  S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

Attorney for debtor:
EDWIN M SHORTY JR
EShorty@EShortylawoffice.com

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

11/27/2023            by: /s/ Tori Kreger