## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 23-10585 |
| | § | |
| TAMLA PIERRE, | § | CHAPTER 13 |
| | § | |
| DEBTORS. | § | SECTION A |
| | § | |

## ORDER DENYING CONFIRMATION

The Court held a hearing on November 22, 2023 to consider the Confirmation of the Debtor's Chapter 13 Plan, as Amended, [ECF Docs. 14, 35, and 81].

Appearances:  Edwin M. Shorty, Jr., Counsel for Debtor; and
Andrew Wiebelt, II, Counsel for the Chapter 13 Trustee.

The Court having considered the merits of the Plan, the Objections thereto, [ECF Docs. 39 and 55], and for the reasons stated on the record;

**IT IS ORDERED** that Confirmation of the Debtor's Chapter 13 Plan is **DENIED**.

**IT IS FURTHER ORDERED** that counsel for Debtor shall serve this Order on the required parties who will not receive notice through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three days.

New Orleans, Louisiana, December 5, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE