**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 23-10585 |
| Tamla Pierre | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } Section "A" |

**EX PARTE APPLICATION FOR COMPENSATION FOR WORK PERFORMED IN CONNECTION WITH THE REPRESENTATION OF DEBTOR**

NOW INTO COURT comes Edwin M. Shorty, Jr., counsel for Tamla Pierre ("Debtor"), who with respect represents:

1.

Debtor commenced this bankruptcy case 23-10585 on April 18, 2023 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Court.

2.

This Court has jurisdiction over the matters presented herein, which are core in nature, pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 157 (b)(2)(B) and 11 U.S.C. Section 329.

3.

Trustee filed a Notice of Deficiency on April 19, 2023 (Doc. 4) for failing to Provide Credit Counseling and other documents. Soon after trustee filled motion to dismiss case because of a failure to file chapter 13 plan and/or schedules timely on May 04,2023 ( Doc. 23). All necessary documents were filed shortly thereafter the delay having been due to the debtor splitting time between New Orleans and Atlanta.

4.

Debtor 341 Meeting of Creditors was set and held on June 28, 2023. (Doc.38) Trustee filed an objection to confirmation of plan (Doc.39) and requested that the debtors property be appraised. (Doc.41). The debtor also required additional time to file an application to employ counsel for the debtors state court litigation.

5.

Debtor attorneys that's handling the other cases, had to add and filed Motion to Enroll Counsel Lawrence J. Centola as Lawsuit Attorney and Motion to expedite hearing on August 04, 2023. (Doc. 46 & 48) Shortly after the order Granting Motion to Expedite Hearing on August 07, 2023. (Doc. 51)

6.

Debtor fell behind on trustee payment s leading to the case being set for dismissal. An Order Denying Confirmation on was signed on December 05, 2023 (Doc 91) Trustee filed a Motion to Dismiss (Doc. 89) shortly after Debtors confirmation was denied due to her inability to get current with plan payment.

7.

Prior to the filing of this case counsel agreed to represent Debtor in this case for a fee of $4,000.00 plus filing fee. The fee to be paid under the plan is $3,813.00. To date, Counsel has received $187.00 of this sum.

8.

Subsequent to the filing of this motion, Counsel has not requested or received additional fees.

9.

Counsel has provided these services to Debtor and seeks approval for the same. The services provided are generally described:

10.

Counsel expended several hours in connection to representation of the debtor and that time includes attending the hearings on the confirmation and Motion to Dismiss, filing the appropriate schedules and plan, filing amended plans, and reviewing over debtor's case. Sending correspondence to debtor via mail and email, phone correspondence and meeting with debtor, drafting relevant documents, and keeping electronic and physical record of debtor's file.

11.

Counsel believes that the award of the full fee is warranted in this case as counsel filed necessary and required documents and motions for the case and attended all hearings, however the debtors plan was unable to be confirmed due to the debtors to keep the case being feasible with proof of claims made .

12.

To date:

| | |
|---|---|
| ***Amount Paid to Chapter 13 Plan*** | $2,066.00 |
| ***Total on Hand at Trustee's Office*** | $1,911.04 |
| ***Amount Paid to Attorney*** | $187.00 |

13.

The chapter 13 trustee has $1,911.04 balance on hand. Counsel was to be paid $3,813.00 through the plan. Of this amount, $187.00 has been paid to counsel, leaving a balance of $3,813.00. Consequently, counsel asks that he $1,911.04 from the funds on deposit with the trustee.

WHEREFORE, Edwin M. Shorty, Jr., counsel for debtor, prays that after notice, but without the necessity of hearing that this Application for Compensation for work performed in connection with the representation of the debtor be deemed good and sufficient to establish cause for the payment of the funds on hand with the Chapter 13 trustee up to $1,911.04 to counsel by the trustee.

Respectfully Submitted,

EDWIN M. SHORTY, JR. & ASSOCIATES

*/s/ Edwin M. Shorty, Jr.*

EDWIN M. SHORTY, JR., LSBA# 28421
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Phone: (504) 207-1370
Fax: (504) 207-0850
eshorty@eshortylawoffice.com