# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 23-10585 |
| TAMLA PIERRE, | § § | CHAPTER 13 |
| DEBTOR. | § § § | SECTION A |

## ORDER

The Court held a hearing on January 10, 2024, on the *Motion to Dismiss Chapter 13 Case*, filed by the Chapter 13 Trustee on November 27, 2023, [ECF Doc. 88].

Appearances:  Edwin Shorty, Jr., Counsel for Debtor; and
Andrew Wiebelt, II, Counsel for the Chapter 13 Trustee.

The Court having considered the record and pleadings, and for reasons as stated on the record;

**IT IS ORDERED** that the Trustee's *Motion to Dismiss Chapter 13 Case* is GRANTED and the bankruptcy case for the above captioned debtor is **DISMISSED**.

**IT IS FURTHER ORDERED** that the stay resulting from the filing of this case is **SET ASIDE AND VACATED**.

**IT IS FURTHER ORDERED** that all pending motions or other matters on the calendar for this case are cancelled as MOOT, with the exception of applications for compensation and pending hearings on Trustee's final account.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, February 23, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE