# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-10585 |
| | § | |
| TAMLA PIERRE | § | SECTION "A" |
| | § | |
| | § | CHAPTER 13 |
| DEBTOR(S) | § | |
| | § | |
| | § | |

## ORDER APPROVING ADDITIONAL COMPENSATION FOR REPRESENTATION OF DEBTOR

Considering the Ex Parte Motion for Approval of Additional Compensation for Edwin M. Shorty, Jr., Counsel for Debtor(s), **[ECF Doc.92]**:

**IT IS ORDERED**, that the Application is approved and Edwin M. Shorty, Jr,, Counsel for Debtor(s), is awarded an additional fee and costs of **$1,911.04 to be paid through the Chapter 13 Trustee with funds on hand** for reimbursement of actual and necessary expenses incurred with filing the representation of debtor.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, June 14, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE